IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
FLORENCE DIVISION

| | | |
|---|---|---|
| VIOLA SHANKLE, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 4:10-2498-HMH-TER |
| | ) | |
| MICHAEL J. ASTRUE, | ) | |
| Commissioner of Social Security, | ) | |
| | ) | |
| Defendant. | ) | |

ORDER

Upon consideration of Defendant's Motion for Entry of Judgment with Remand Pursuant to Sentence Four of 42 U.S.C. § 405(g), Plaintiff's consent to the motion (doc. #20), and good cause appearing therefor, the Court hereby REVERSES the Commissioner's decision in this matter under sentence four of 42 U.S.C. § 405(g)[1] and REMANDS the cause to the Commissioner for further administrative proceedings. Therefore, Defendant's Motion to Remand (doc. #19) is GRANTED.

Upon remand, the Commissioner will assign this case to an administrative law judge (ALJ) to hold a supplemental hearing and issue a new decision. The ALJ will reconsider whether Plaintiff's trigeminal neuralgia is a "severe" impairment at step two of the sequential evaluation; re-evaluate all the medical opinion evidence in accordance with 20 C.F.R. § 404.1527 and Social Security Rulings 96-2p, 96-5p, and 96-6p; re-evaluate Plaintiff's residual functional capacity with consideration of the side effects of her medications; re-evaluate Plaintiff's subjective complaints in accordance with Social Security Ruling 96-7p; obtain testimony from a qualified medical expert; and, if necessary, obtain supplemental vocational expert testimony.

---

[1] The Clerk of the Court will enter a separate judgment pursuant to the Federal Rules of Civil Procedure, Rule 58.

IT IS SO ORDERED.

         s/Thomas E. Rogers, III
Thomas E.  Rogers, III
United States Magistrate Judge

June 17, 2011.
Florence, south Carolina.